IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        **Adrian Nichole Jackson, Debtor**        Case No. 23-01433-JAW
                                                        CHAPTER 13

**ORDER AUTHORIZING DEBTOR TO INCUR DEBT**

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt (DK #___), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Incur Debt is granted. Debtor is authorized to borrow up to thirty thousand dollars ($30,000.00) to purchase a vehicle with a monthly payment not to exceed $550.00. Debtor shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR