# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Adrian Nichole Jackson, Debtor         Case No. 23-01433-JAW
                                                  **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

Thad Cochran U.S. Courthouse
501 E. Court St., Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: May 22, 2025         Signature:   /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                        The Rollins Law Firm, PLLC
                                        P.O Box 13767
                                        Jackson, MS 39236
                                        601-500-5533
                                        trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        Adrian Nichole Jackson, Debtor         Case No. 23-01433-JAW

                                                                                      **CHAPTER 13**

**MOTION TO INCUR NEW DEBT**

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 06/22/2023.
2. Debtor is paying approximately 0% to General Unsecured Debts through the plan.
3. Debtor is currently without a vehicle.
4. Debtor wishes to borrow up to $30,000.00 to purchase a vehicle with a monthly payment not to exceed $550.00. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

                                    Respectfully submitted

                                    /s/ Thomas C. Rollins, Jr.
                                    Thomas C. Rollins, Jr. (MS Bar No. 103469)
                                    The Rollins Law Firm, PLLC
                                    P.O. Box 13767
                                    Jackson, MS 39236
                                    601-500-5533


CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

                                    /s/ Thomas C. Rollins, Jr.
                                    Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-01433-JAW |
|---|---|
| ADRIAN NICHOLE JACKSON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 5/22/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-01433-JAW |
|---|---|
| ADRIAN NICHOLE JACKSON | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 5/22/2025, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/22/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-01433-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU MAY 22 9-9-8 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA GA 30577-0880 |
| ADVANCE AMERICA<br>1256 JERRY CLOWER BLVD<br>YAZOO CITY  MS 39194-3077 | BAPTIST<br>PO BOX 745336<br>ATLANTA  GA 30384-5336 | CELTIC BANK CO<br>PO BOX 4488<br>BEAVERTON  OR 97076-4402 |
| CONTINENTAL SERVICE GR<br>200 CROSS KEYS OFFICE<br>FAIRPORT  NY 14450-3510 | CREDIT ONE<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | FIRST FRANKLIN<br>ATTN BANKRUPTCY<br>317 HIGHWAY 80 EAST<br>CLINTON  MS 39056-4717 |
| FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS  SD 57117-5524 | KEY 2 RECOVERY<br>201 N BROOKWOOD AVE<br>HAMILTON  OH 45013-1306 | LVNV<br>120 CORPORATE BLVD<br>STE 100<br>NORFOLK  VA 23502-4952 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | (P)LENDINGPOINT<br>1201 ROBERTS BLVD<br>SUITE 200<br>KENNESAW GA 30144-3612 | MAGNOLIA FCU<br>ATTN BANKRUPTCY<br>240 BRIARWOOD DRIVE<br>JACKSON  MS 39206-3027 |
| MARINER FINANCE<br>ATTN BANKRUPTCY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM  MD 21236-5904 | MARINER FINANCE  LLC<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM  MD 21236-5904 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 |
| NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIED  VA 22119-3000 | PREMIER BANK<br>PO BOX 5529<br>SIOUX FALLS  SD 57117-5529 | PREMIER BANKCARD  LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| (P)QCHI<br>PO BOX 14948<br>LENEXA KS 66285-4948 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | RESURGENT CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 |
| (P)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | SPRING OAKS CAPITAL SPV  LLC<br>P O BOX 1216<br>CHESAPEAKE  VA 23327-1216 | (P)TRUSTMARK NATIONAL BANK<br>P O BOX 1928<br>BRANDON MS 39043-1928 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

|  | EXCLUDE |  |
|---|---|---|
| TRUSTMARK NATIONAL BANK<br>BRAND HENLEY<br>PO BOX 389<br>JACKSON   MS 39205-0389 | ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON   MS 39201-5022~~ | UNIV OF AR GRANTHAM<br>ATTN ADMISSIONS<br>2404 N UNIVERSITY AVE<br>LITTLE ROCK   AR 72207-3608 |
|  |  | DEBTOR |
| WORLD FINANCE<br>PO BOX 6429<br>GREENVILLE   SC 29606-6429 | WORLD FINANCE COMPANY OF MISSISSIPPI LLC<br>WORLD ACCEPTANCE CORP ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE   SC 29606-6429 | ADRIAN NICHOLE JACKSON<br>203 HUGH J MCGRAW RD<br>APT 507<br>YAZOO CITY   MS 39194-2240 |
| EXCLUDE | EXCLUDE |  |
| ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON   MS 39236-3767~~ | ~~TORRI PARKER MARTIN~~<br>~~TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT~~<br>~~200 NORTH CONGRESS STREET  STE 400~~<br>~~JACKSON   MS 39201-1902~~ |  |