

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                                                                                **CHAPTER 13:**

**ADRIAN NICHOLE JACKSON**                                                   **CASE NO. 23-01433-JAW**

## AGREED ORDER

**THIS MATTER** came before the Court on the Debtor's Motion to Incur Debt (Docket #47) and the Trustee's Objection (Docket #49). Thus, having considered the matters and finding the parties in agreement, the Court finds the Debtor's Motion should be granted and the Trustee's Objection overruled in part.

**IT IS, THEREFORE ORDERED** that the Debtor's Motion to Incur Debt is hereby granted. The Debtor shall borrow up to $30, 000.00 to purchase a vehicle with a monthly payment not to exceed $550.00, and the interest rate not to exceed twenty percent (20%).

**IT IS FURTHER ORDERED** that the Debtor will remit timely monthly payments directly to the creditor for said indebtedness and the debt will not be subject to discharge in the Debtor's Chapter 13 Plan.

**IT IS FURTHER ORDERED** that the Debtor's plan shall be amended to increase distribution to timely filed and allowed unsecured creditors to the sum of $1,435.59 over the remaining plan term. The Trustee is authorized to amend the Plan and wage order accordingly.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB #103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: (601) 500-5533
Fax: (601) 500-5296
Email: trollins@therollinsfirm.com