

# The Rollins Law Firm, PLLC

## INVOICE

Invoice # 8416
Date: 10/23/2025
Due On: 11/22/2025

P.O. Box 13767
Jackson, MS 39236

Adrian Nichole Jackson

## 04895-Jackson Adrian Nichole

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 12/23/2024 | Drafted 4th Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/23/2024 | Reviewed current invoice and completed Lodestar Analysis; drafted Exhibit B. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/23/2024 | Reviewed trustee's site to determine amount of attorney's fees paid to date; drafted 4th Application for Compensation utilizing Lodestar Analysis and billing activities; drafted Notice, Affidavit, and proposed Order. | 0.40 | $0.00 | $0.00 |
| Service | JC | 12/23/2024 | Drafted memo to TR attaching Application for Compensation, Exhibits A, B, and C, proposed Order, and Lodestar Analysis for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/23/2024 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/23/2024 | Review and approve fee app drafted by JC | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/24/2024 | Prepared Application for Compensation, Exhibit A, Exhibit B, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $0.00 | $0.00 |
| Service | JAC | 01/23/2025 | Review: 23-01433-JAW Hearing Set Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 01/30/2025 | Incoming Call: Telephone conference | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | with debtor inquiring on a notice she received informing her that she would be receiving mail from the BK courts and wanted to know what it pertained to; reviewed BC and informed debtor that it likely regarding the hearing set for February; debtor asked if she was required to attend hearing; informed debtor that the attorney would attend on her behalf and that she would not be expected to attend unless we explicitly tell her she has to attend court | | | |
| Service | JC | 01/30/2025 | Call Debtor: Reviewed e-mail from debtor requesting a call; called debtor; she said she called back about an hour after she e-mailed me and talked to someone, that she saw that she was going to be receiving mail and wanted to know what it was; she said she was told it was probably about a hearing; I told her that is probably best to wait to receive the mail because we can only assume what it is based on what is in the computer; she said she understood. | 0.10 | $0.00 | $0.00 |
| Service | CO | 01/30/2025 | Incoming Call: Phone conference with debtor requesting to speak to JC; stated JC was unavailable. Debtor inquired about a notice or application of compensation from the court; explained to debtor that is something we file with the court for the work done on the debtor's case. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/11/2025 | Review: 23-01433-JAW Order on Application for Compensation Document# 43 | 0.10 | $0.00 | $0.00 |
| Service | CO | 05/02/2025 | Incoming Call: Phone conference with debtor; transferred to BB. | 0.10 | $0.00 | $0.00 |
| Service | BB | 05/02/2025 | Incoming Call: Phone conference with debtor stating she is purchasing a vehicle and inquired after the process. Informed the debtor we will need the loan information and will have to ask permission from the courts. Drafted text to debtor providing my email for the requested information. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/06/2025 | Incoming Call: Phone conference with debtor; drafted email memo to BB. | 0.10 | $0.00 | $0.00 |
| Service | BB | 05/06/2025 | Contact Debtor (Text/Email): | 0.30 | $100.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed memo from CO stating the debtor called inquiring if I received her email. Reviewed email from debtor providing a letter from a lender to purchase a vehicle. Researched debtors confirmed plan in bestcase. Drafted email memo to JC with all pertinent information for review. | | | |
| Service | BM | 05/06/2025 | Incoming Call: Call from debtor requesting to speak with Brooke or Jacki, both were unable to take her call. I inquired why debtor was calling. Debtor stated the car dealership provided her with a Motion to Expedite to file with her Motion to Incur Debt. I explained to debtor that we haven't even filed the Motion to Incur yet and she's welcome to email over the Motion to Expedite so it can be reviewed. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/06/2025 | Reviewed e-mail memo from BB providing letter from dealership and informing debtor wants to purchase a vehicle; drafted reply informing we need 2 months pay advices for everyone in the household and updated expense form. | 0.10 | $0.00 | $0.00 |
| Service | BB | 05/06/2025 | Contact Debtor (Text/Email): Reviewed email from debtor providing another documents from her lender. Reviewed email from JC stating we need updated pay statements and expenses sheet. Drafted email to JC providing the letter from debtors lender. Drafted email to debtor requesting the needed documents to review. | 0.30 | $100.00 | $30.00 |
| Service | JC | 05/07/2025 | Call Debtor: Reviewed Motion to Expedite and Direct Auto letter outlying loan request terms; drafted reply informing I will have attorney review and reminder that we need updated pay and expenses as BB requested; called debtor, left voicemail, drafted text message inquiring who drafted the Motion. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/07/2025 | Incoming Call: Telephone call from debtor to inform Direct Auto drafted the Motion to Expedite template; discussed that I will need to have TR review, that I don't know if we file Motions to Expedite; discussed that | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Direct Auto had another customer that was in bankruptcy that was approved in a few weeks doe to being expedited; discussed that the Motion is not in proper format, that once TR reviews and approves, I will draft the Motion. | | | |
| Service | JC | 05/07/2025 | Drafted memo to TR attaching Motion template, letter, and debtor's plan for his review | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/07/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing updated monthly expenses page and some pay stubs. Reviewed, converted to pdf, merged, and organized. Drafted email to debtor stating we need a full two months of pay statements. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/07/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing the requested up to date pay stubs. Reviewed, converted to pdf, and organized. Assigned task to JC for motion to incur debt. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/08/2025 | Reviewed memo from TR regarding debtor sending Motion to Expedite template; drafted reply informing debtor informed she needed a car, we told her we needed update expenses and pay, and she sent the template and letter from car dealership. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/13/2025 | Reviewed memo from TR informing to file the Motion to Incur Debt as we normally do - no Motion to Expedite; drafted task memo to JAC requesting she analyze debtor's updated pay and expenses for possibly incurring debt. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/14/2025 | Calculate current income. Update I, J | 0.30 | $0.00 | $0.00 |
| Service | JC | 05/15/2025 | Call Debtor: Called debtor, left voicemail, drafted text and e-mail informing the attorney analyzed her income and expenses and it doesn't show that she can buy a new car; explained the difference in her income and expenses and the amount left for a car payment; informed her if we use her child's SSI as income, we'll have to increase her plan payment and that we won't know that amount until the | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | attorney runs the numbers again; informed her that the Court won't allow a $700 payment on a car as she requested, that the most is $500 if we show she can pay it; requested she let me know if she is okay with your plan payment going up and the attorney will re-run the numbers with her child's SSI. | | | |
| Service | JC | 05/15/2025 | Reviewed text message from debtor informing she wants to run the numbers with child's SSI included; drafted task memo to JAC regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/15/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing the amount for monthly payment that the dealership listed is higher than the payment will be; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/19/2025 | Analyze to Incur Debt | 0.20 | $0.00 | $0.00 |
| Service | JC | 05/20/2025 | Contact Debtor (Text/Email): Reviewed Sch J for monthly payment amount; drafted text message to debtor informing her of the terms for filing a Motion to Incur Debt. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/21/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she wants to proceed with adding daughter's SSI to her income and filing a Motion to Incur Debt; prepared Supp I, J for debtor's signature; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor to inform an e-mail was sent. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/21/2025 | Reviewed Confirmed Plan; drafted Motion to Incur Debt; drafted memo to JAC attaching plan and Motion for her approval. | 0.30 | $0.00 | $0.00 |
| Service | JAC | 05/21/2025 | review & revise drafted motion | 0.10 | $0.00 | $0.00 |
| Service | JC | 05/22/2025 | Reviewed Supplemental Schedule I/J executed by debtor received via e-mail from Clio e-sign; revised through Best Case to add date signed and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/22/2025 | Reviewed memo from JAC regarding Motion to Incur New Debt and | 0.20 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | proposed Order; revised both; converted to format to upload to CertificateofService.com. | | | |
| Service | JC | 05/23/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Motion to Incur and proposed Order for filing with the Court; prepared Notice with Declaration for filing with the Court; drafted text message to debtor informing Motion filed and to allow approximately a month for the Court to enter its Order on the Motion. | 0.20 | $0.00 | $0.00 |
| Service | JC | 05/29/2025 | Incoming Call: Telephone call from debtor informing she needs documentation showing her plan payments are up to date as she is trying to obtain a federal job; drafted e-mail to trustee's office requesting same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/30/2025 | Contact Debtor (Text/Email): Reviewed e-mail from trustee's office regarding debtor's delinquency; drafted text message to debtor informing same and for her to let me know once she has paid it so we can draft the letter. | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/30/2025 | Incoming Call: Phone conference with debtor stating she would like to know when the delinquency happened. Drafted memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/02/2025 | Incoming Call: Telephone conference with debtor about the delinquency and the conversation between her and JC; JC with client; drafted email to JC re: delinquency | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/02/2025 | Call Debtor: Reviewed e-mails from BM and KR and text message from debtor inquiring where the delinquency comes from; reviewed NDC; called debtor and discussed payments - only $61 has been received for May; she said her employer is sending that; she is going to mail in the remaining $27.71; drafted text message to debtor providing address for payment; she is going to let me know once she pays. | 0.30 | $0.00 | $0.00 |
| Service | SA | 06/06/2025 | Incoming Call: Phone conference with client to confirm we received the text she sent with proof of her payment | 0.10 | $100.00 | $10.00 |

Invoice # 8416 - 10/23/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | being sent to the trustee; confirmed this and advised I would email JC to advise that it was sent; drafted email to JC | | | |
| Service | JC | 06/09/2025 | Incoming Call: Telephone call from debtor informing she sent a text message showing she mailed in her payments of $28 to catch up her plan payments; reviewed NDC, payment not yet received; informed her I would check daily; she said that she is trying to get a government job and they have informed her that Trump is about to freeze some government hiring and need to get it done quickly. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/10/2025 | Contact Debtor (Text/Email): Reviewed NDC, payment not yet received for bringing case current; drafted text message to debtor requesting address of company that needs the letter so that once her payment posts, I can mail them the letter and e-mail it to her. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/11/2025 | Reviewed text message from debtor providing address of company needing letter showing debtor's BK plan payments are up to date; reviewed NDC, payment not yet received for bringing case current. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/12/2025 | Incoming Call: Telephone call from debtor inquiring about letter; reviewed trustee's site; payment finally posted; the date posted is June 9 but it was not until today; informed her I will get the letter drafted, signed, emailed to her, and mailed to FCC Yazoo; she said FCC Yazoo said we don't need to mail it to them, to just e-mail it to debtor. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/12/2025 | Drafted letter to potential employer informing debtor is current on her plan payments; drafted e-mail to VM attaching letting to obtain TR's signature and return to me as soon as possible. | 0.20 | $0.00 | $0.00 |
| Service | CO | 06/12/2025 | Incoming Call: Phone conference with debtor inquiring about a letter from the attorney needed for her employer. Reviewed JC's emails, found the attorney signed letter and forwarded it to debtor. | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 06/13/2025 | Review: 23-01433-JAW Objection Document# 49 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/16/2025 | Review: 23-01433-JAW Hearing Set Document# 50 | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/17/2025 | Incoming Call: Telephone call from debtor inquiring how long it takes the Motion to Incur Debt to be approved; informed her it takes at least 4 weeks and sometimes longer. | 0.10 | $155.00 | $15.50 |
| Service | CO | 06/23/2025 | Incoming Call: Phone conference with debtor requesting to speak to JC; Drafted email memo to JC with a copy of the notice the debtor had questions about. | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/24/2025 | Call Debtor: Reviewed memo from CO informing debtor requested a call regarding hearing on Motion to Incur Debt; called debtor and explain that the trustee objected to the Motion; informed her that TR will attend the hearing on her behalf. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/30/2025 | Contact Debtor (Text/Email): Reviewed Objection to Motion to Incur Debt; drafted e-mail to debtor requesting copy of 2024 tax return; drafted e-mail to TC inquiring about steps to take for hearing. | 0.20 | $0.00 | $0.00 |
| Service | JC | 07/01/2025 | Call Debtor: Reviewed e-mail from CO informing debtor requested a call; called debtor; she stated that she is not sure were her 2024 tax return is but she will find it and e-mail or fax it to me. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/03/2025 | Call Debtor: Reviewed memo from TR regarding Objection; reviewed tax return submitted by debtor; called debtor and discussed interest rate not to exceed 20% and paying to unsecured debts - plan payment increase; drafted e-mail to Semoune, staff attorney, attaching tax return and pay stubs, providing interest rate, agreeing to pay to unsecured debts, and requesting an AO. | 0.40 | $0.00 | $0.00 |
| Service | JC | 07/07/2025 | Reviewed AO submitted by Semoune; drafted memo to TR attaching same for his review and signature. | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/07/2025 | Reviewed e-mail memo from TR | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | authorizing his signature on AO; drafted e-mail to Semoune informing same. | | | |
| Service | JAC | 07/08/2025 | Review: 23-01433-JAW Order on Motion to Incur Debt Document# 52 | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/08/2025 | Reviewed e-mail from Semoune informing she submitted the AO to the Court. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 08/18/2025 | Review: 23-01433-JAW Transfer of Claim (No Waiver) Document# 54 | 0.10 | $0.00 | $0.00 |
| Service | CO | 09/23/2025 | Incoming Call: Phone conference with debtor requesting to speak to JC for a history of bankruptcy payments and claims being paid through her plan. Informed debtor; JC was out of the office today and offered to assist. Reviewed NDC website and saved copies of her claims and payment history. Drafted email to debtor with both and information on creating an account with NDC to track her bankruptcy. | 0.30 | $0.00 | $0.00 |
| Service | BM | 09/25/2025 | Incoming Call: Call from debtor requesting something show her total amount of debt included in her case. Drafted email to debtor with copy of Schedule D and Schedule F | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/21/2025 | Incoming Call: Telephone conference with debtor about her new place of employment; informed debtor of the information needed for the new wage order; she will email the information once she has | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/21/2025 | Review and respond to email memo: Reviewed e-mail from GM informing debtor's employer is asking for BK paperwork; reviewed Notice of Filing; drafted e-mail to debtor attaching same and informing if her employer needs anything else, to please find out what they need. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/22/2025 | Incoming Call: Telephone call from debtor informing she has hew new employer information and she will send it to me because it is a lot to it; drafted text message to debtor so she can reply with the information; she said her employer said something about it being monthly but she gets | 0.10 | $155.00 | $15.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | paid bi-weekly; informed her that some trustee's have monthly wage orders but it is up the employer to take it out of her check the right way. |  |  |  |
| Service | JC | 10/22/2025 | Reviewed text message from debtor providing her new employer information; drafted e-mail to TT Martin's office providing same and requesting they enter an amended wage order. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/23/2025 | Review: 23-01433-JAW Order Upon Employer Directing Deductions from Pay Document# 57 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/23/2025 | Review: 23-01433-JAW Release of Wages Document# 56 | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/23/2025 | Draft Fee Application and Proposed Order: Reviewed 1st, 2nd, 3rd, and 4th Applications, Orders, and Invoices filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 5th Application for Compensation, Notice, Affidavit, and proposed Order. | 0.50 | $155.00 | $77.50 |
|  |  |  | **Services Subtotal** |  |  | **$811.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/24/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 05/22/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $26.40 | $26.40 |
|  |  | **Expenses Subtotal** |  |  | **$30.59** |

|  | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo |  | Attorney | 0.3 | $360.00 | $108.00 |
| Jennifer Curry Calvillo |  | Attorney | 1.1 | $0.00 | $0.00 |
| Thomas Rollins |  | Attorney | 0.1 | $0.00 | $0.00 |
| Shaton Andrews |  | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland |  | Non-Attorney | 1.0 | $100.00 | $100.00 |

Invoice # 8416 - 10/23/2025

| | | | | |
|---|---|---|---|---|
| Jacki Curry | Non-Attorney | 3.3 | $155.00 | $511.50 |
| Jacki Curry | Non-Attorney | 3.2 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Clara Ortega | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Clara Ortega | Non-Attorney | 0.7 | $0.00 | $0.00 |
| Kirsten Raimey | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Kerri Rodabough | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | | | Subtotal | $842.09 |
| | | | Total | $842.09 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5028 | 08/11/2023 | $32.00 | $0.00 | $32.00 |
| 5109 | 08/30/2023 | $1,892.20 | $0.00 | $1,892.20 |
| 5667 | 12/31/2023 | $872.00 | $0.00 | $872.00 |
| 6789 | 09/12/2024 | $375.50 | $0.00 | $375.50 |
| 7372 | 01/21/2025 | $638.69 | $0.00 | $638.69 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8416 | 11/22/2025 | $842.09 | $0.00 | $842.09 |
| | | | Outstanding Balance | $4,652.48 |
| | | | Total Amount Outstanding | $4,652.48 |