IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Adrian Nichole Jackson, Debtor                    Case No. 23-01433-JAW
                                                                                            CHAPTER 13

**FIFTH ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $1,870.00 | $22.20 | $1,892.20 | 20 | 0825/23 |
| $835.00 | $37.00 | $872.00 | 27 | 12/04/23 |
| $375.50 | $0.00 | $375.50 | 33 | 08/15/24 |
| $634.50 | $4.19 | $638.69 | 43 | 02/10/25 |
| $811.50 | $30.59 | $842.09 | n/a | n/a |
| $4,526.50 | $93.98 | $4,620.48 | | |



# INVOICE

Invoice # 5109
Date: 07/31/2023
Due On: 08/30/2023

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Adrian Nichole Jackson
203 Hugh J McGraw Road, Apt 507
Yazoo City, MS 39194

### 04895-Jackson Adrian Nichole

### Ch 13 hourly - Adrian

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KC | 06/01/2023 | Review email from debtor: Reviewed and organized pay and taxes | 0.20 | $100.00 | $20.00 |
| Service | JC | 06/02/2023 | Reviewed credit report and selected debts to import/exclude; drafted memo to YM regarding same | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/02/2023 | Telephone call from debtor regarding timeliness of filing and judgment received | 0.20 | $150.00 | $30.00 |
| Service | KC | 06/03/2023 | Contact Debtor: Reviewed initial documents provided by debtor to start case and updated HD task to get further information | 0.20 | $100.00 | $20.00 |
| Service | JAC | 06/05/2023 | Initial review of documents submitted by debtor. Missing May bank/pay | 0.20 | $350.00 | $70.00 |
| Service | JC | 06/05/2023 | Drafted e-mail to debtor attaching credit report for debtor's review and reference | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/06/2023 | Telephone call from debtor asking about documents needed from us to file; told her May pay and bank; asked about when her deductions from payroll would start; explained process of wage order and informed to pay directly to trustee until employer starts deducting; debtor asked about letter received outlying options and filing balance; entered online payment for debtor | 0.30 | $150.00 | $45.00 |
| Service | JC | 06/06/2023 | Reviewed May bank statements for two accounts and May pay stubs submitted by | 0.30 | $150.00 | $45.00 |

Invoice # 5109 - 07/31/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor via 5 e-mails; added to existing bank and pay; organized in case file; drafted e-mail to debtor requesting 05/31/23 pay | | | |
| Service | JC | 06/06/2023 | Reviewed pay stub submitted via e-mail by debtor; drafted reply that she sent pay period ending 05/14/23 and we need ending 05/31/23 | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/06/2023 | Reviewed 05/31/23 pay stub submitted via e-mail by debtor; organized in case file | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/06/2023 | Telephone call from debtor informing she will go back to the doctor June 13th, that she is progressing quicker than expected; will let me know if she goes on short-term disability | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/09/2023 | Drafted e-mail to debtor to begin sending pay and bank statements to my e-mail address as I am now her point of contact as case administrator | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/09/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.30 | $350.00 | $105.00 |
| Service | JAC | 06/09/2023 | Prepare matrix for debtor to review | 0.10 | $350.00 | $35.00 |
| Service | JAC | 06/09/2023 | Draft and send email to debtor to review list of debts | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/11/2023 | Reviewed physician's statement and pay stub submitted by debtor via e-mail | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/13/2023 | Reviewed short term disability statement submitted by debtor; organized in case file | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/13/2023 | Reviewed e-mail from debtor informing all her debts are listed on the creditor matrix | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/13/2023 | Telephone call from debtor informing she has been released from the doctor and is returning to work tonight | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/13/2023 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.40 | $350.00 | $140.00 |
| Service | JC | 06/15/2023 | Reviewed e-mail from debtor informing she is ready to file | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/21/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 06/22/2023 | Conference w/ client to review and sign initial papers | 0.50 | $350.00 | $175.00 |

Invoice # 5109 - 07/31/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 06/22/2023 | Prepare final bankruptcy petition, schedules, statements, plan for debtor to review and sign | 0.20 | $350.00 | $70.00 |
| Service | JC | 06/23/2023 | Drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/23/2023 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice; uploaded to COS | 0.30 | $150.00 | $45.00 |
| Expense | KC | 06/26/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $22.20 | $22.20 |
| Service | JC | 06/26/2023 | Reviewed Declaration of Mailing Notice of Plan from COS | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/26/2023 | Review: 23-01433-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $350.00 | $70.00 |
| Service | TR | 06/27/2023 | Review: 23-01433-JAW Order Upon Employer Directing Deductions from Pay Document #12 | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/28/2023 | Telephone call from debtor regarding a cash advance program she has with CashApp; she forget to tell TR; discussed how the program works; drafted memo to TR regarding same | 0.20 | $150.00 | $30.00 |
| Service | TR | 06/28/2023 | Review: Proof of Claim 23-01433-JAW LVNV Funding, LLC Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/29/2023 | Reviewed memo from TR regarding CashApp program; called debtor regarding same | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/01/2023 | Review: Proof of Claim 23-01433-JAW 1st Franklin Financial Corporation Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/01/2023 | Review: Proof of Claim 23-01433-JAW Trustmark National Bank Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/02/2023 | Reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; drafted e-mail to debtor requesting additional bank and pay | 0.40 | $150.00 | $60.00 |
| Service | JC | 07/05/2023 | Reviewed additional CashApp statements submitted by debtor via e-mail; merged with | 0.40 | $150.00 | $60.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | existing documents; submitted bank, pay, tax, photo ID and SS card to trustee for meeting of creditors via Internet; organized in case file; drafted text message to debtor to discontinue submitting bank statements and pay | | | |
| Service | JC | 07/05/2023 | Telephone call from debtor regarding wanting to close checking account and add the overdraft fees to her bankruptcy; discussed the circumstances around same; requested debtor e-mail copy of statement | 0.20 | $150.00 | $30.00 |
| Service | JC | 07/07/2023 | Reviewed e-mail from debtor submitting screenshot of CashApp transaction and credit union overdraft; telephone conference with debtor to explain the screenshots; discussed her withdrawal from her credit union, deposit to her bank account, and adding the overdraft at her bank to her bankruptcy; drafted memo to TR regarding same | 0.40 | $150.00 | $60.00 |
| Service | JC | 07/11/2023 | Reviewed memo from TR approving adding debt to bankruptcy; | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/14/2023 | Review: Proof of Claim 23-01433-JAW World Finance Corp. Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/14/2023 | Review: 23-01433-JAW Personal Financial Management Course (Certificate) Document# 14 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/17/2023 | Prepare for and attend 341 meeting | 0.20 | $350.00 | $70.00 |
| Service | JC | 07/18/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/18/2023 | Reviewed credit counseling Certificate submitted by debtor; reviewed docket; filed by Summit | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/27/2023 | Called debtor per her request; she informed she is working a few extra hours a week with another employer to offset school and other expenses | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/27/2023 | Review: Proof of Claim 23-01433-JAW Loan Master Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/31/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.5 | $350.00 | $525.00 |

Invoice # 5109 - 07/31/2023

| | | | | |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 1.8 | $350.00 | $630.00 |
| Kara Cunningham | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Jacki Curry | Non-Attorney | 4.5 | $150.00 | $675.00 |
| | | | **Total** | **$1,892.20** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5028 | 08/11/2023 | $32.00 | $0.00 | $32.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5109 | 08/30/2023 | $1,892.20 | $0.00 | $1,892.20 |
| | | | **Outstanding Balance** | **$1,924.20** |
| | | | **Total Amount Outstanding** | **$1,924.20** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5667
Date: 12/01/2023
Due On: 12/31/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Adrian Nichole Jackson
203 Hugh J McGraw Road, Apt 507
Yazoo City, MS 39194

## 04895-Jackson Adrian Nichole

## Ch 13 hourly - Adrian

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 07/31/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Expense | BI | 07/31/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $37.00 | $37.00 |
| Service | TR | 07/31/2023 | Review COS and file Motion w/ Court | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/09/2023 | Review: Proof of Claim 23-01433-JAW Quantum3 Group LLC as agent for Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/17/2023 | Telephone call from debtor regarding refund checks she received after canceling an insurance policy; drafted memo to TC regarding same | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/17/2023 | review memo from KR re: $42 refund - responded w/ instructions | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/17/2023 | Reviewed memo from TR that debtor can keep refund checks; telephone conference informing same | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/18/2023 | Review: Proof of Claim 23-01433-JAW Mariner Finance, LLC Document # 7 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/22/2023 | Review Docket for Confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/22/2023 | Review: Proof of Claim 23-01433-JAW Spring Oaks Capital SPV, LLC Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/23/2023 | Review claims register and compare to the | 0.10 | $350.00 | $35.00 |

Invoice # 5667 - 12/01/2023

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Plan to determine if additional claims are needed - none needed |  |  |  |
| Service | TR | 08/24/2023 | Review: 23-01433-JAW Order Confirming Chapter 13 Plan Document #19 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/25/2023 | Review: 23-01433-JAW Order on Application for Compensation Document #20 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/31/2023 | Review: Proof of Claim 23-01433-JAW LVNV Funding, LLC Document # 9 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/31/2023 | Review: 23-01433-JAW Amended Order Upon Employer Directing Deductions from Pay Document #24 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/31/2023 | Review: Proof of Claim 23-01433-JAW Premier Bankcard, LLC Document # 10 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/31/2023 | Review: Proof of Claim 23-01433-JAW Quantum3 Group LLC as agent for Document # 11 | 0.10 | $350.00 | $35.00 |
| Service | JC | 09/11/2023 | Telephone call from debtor regarding plan payment change; reviewed trustee's site and docket and couldn't determine the reason for the change; drafted e-mail to trustee's office to explain | 0.20 | $150.00 | $30.00 |
| Service | JC | 09/11/2023 | Reviewed e-mail from trustee's office informing plan payments decreased due to Application for Compensation; drafted reply regarding same | 0.10 | $150.00 | $15.00 |
| Service | JC | 09/11/2023 | Reviewed e-mail from trustee's office regarding wage order; drafted memo to TR regarding same | 0.10 | $150.00 | $15.00 |
| Service | JC | 09/12/2023 | Reviewed memo from TR; telephone conference with debtor regarding plan payment change already made and possible change in the future; discussed contacting trustee's office | 0.20 | $150.00 | $30.00 |
| Service | KAR | 10/04/2023 | Debtor called requesting to speak with JC; drafted memo to JC to call back | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/06/2023 | Telephone call from debtor regarding taking a leave of absence from school; drafted memo to TR to call debtor | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/06/2023 | Review file - call client to discuss incurring debt for student loans | 0.20 | $350.00 | $70.00 |
| Service | JC | 10/09/2023 | Reviewed memo from TR regarding Motion to Incur Debt | 0.10 | $150.00 | $15.00 |

Invoice # 5667 - 12/01/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 11/17/2023 | Telephone conference with debtor to update her contact information | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/01/2023 | Review and revise itemizations | 0.10 | $350.00 | $35.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 1.9 | $350.00 | $665.00 |
| Jacki Curry | Non-Attorney | 1.0 | $150.00 | $150.00 |
| Kirsten Raimey | Non-Attorney | 0.2 | $100.00 | $20.00 |
| | | | Total | $872.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5028 | 08/11/2023 | $32.00 | $0.00 | $32.00 |
| 5109 | 08/30/2023 | $1,892.20 | $0.00 | $1,892.20 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5667 | 12/31/2023 | $872.00 | $0.00 | $872.00 |
| | | | Outstanding Balance | $2,796.20 |
| | | | Total Amount Outstanding | $2,796.20 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6789
Date: 08/13/2024
Due On: 09/12/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Adrian Nichole Jackson
203 Hugh J McGraw Road, Apt 507
Yazoo City, MS 39194

### 04895-Jackson Adrian Nichole

### Ch 13 hourly - Adrian

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 12/01/2023 | Draft 2nd fee application, notice and proposed order | 0.30 | $350.00 | $105.00 |
| Service | JC | 12/01/2023 | Reviewed memo from TR with attached Application for Compensation, Proposed Order, and Invoice; prepared all for filing with the Court. | 0.10 | $150.00 | $15.00 |
| Service | JC | 12/06/2023 | Telephone call from debtor informing she is going to wait until her bankruptcy discharges before she goes back to school and also inquired if she needs to send in her next tax return she files. | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/06/2023 | Review: 23-01433-JAW Order on Application for Compensation Document #27 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/29/2024 | Review: 23-01433-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/19/2024 | Incoming Call: Telephone call from debtor inquiring if she can take out a loan to pay her rent; told her that I didn't think the Court allows that but I can ask; discussed suspension but she only pays $28 every two weeks and said that would not help; she told me not to worry about asking. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/24/2024 | Incoming Call: Telephone call from debtor inquiring if she can purchase a house while in chapter 13; informed she can but she | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | must first obtain Court approval; she said is going to be next year, but she is planning ahead. | | | |
| Service | TR | 05/07/2024 | Review: 23-01433-JAW Amended Order Upon Employer Directing Deductions from Pay Document #30 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 07/03/2024 | Incoming Call: Telephone conference with debtor stating that she has a new landlord and they are requiring that she pay her back rent to avoid being evicted from her apartment - debtor wanted to know if this debt could be added to her BK; drafted memo to JC for an answer to the debtor's question and she stated that the rental debt could not be added to the bk if it is under the debtor's current lease; debtor hung up the call before I could give her an answer | 0.20 | $100.00 | $20.00 |
| Service | JC | 07/03/2024 | Incoming Call: Telephone call from debtor inquiring if she can add just the amount of her rent that is past due, not anything going forward; explained that if it is on her current lease, she cannot add any portion of it to her bankruptcy. | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/08/2024 | Incoming Call: Telephone conference with debtor about two debts that she would like to add; debt collector called her about a bill with Baptist; reviewed court docket and it is included; she will be providing the debt collector's information and a copy of the bill she received for a debt she incurred while in school | 0.20 | $155.00 | $31.00 |
| Service | TR | 08/12/2024 | Review and revise temizations | 0.10 | $360.00 | $36.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| | Thomas Rollins | Attorney | 0.4 | $350.00 | $140.00 |
| | Jacki Curry | Non-Attorney | 0.3 | $155.00 | $46.50 |
| | Jacki Curry | Non-Attorney | 0.2 | $150.00 | $30.00 |
| | Kirsten Raimey | Non-Attorney | 0.2 | $100.00 | $20.00 |
| | Kerri Rodabough | Non-Attorney | 0.2 | $155.00 | $31.00 |
| | | | | **Total** | **$375.50** |

Invoice # 6789 - 08/13/2024

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5028 | 08/11/2023 | $32.00 | $0.00 | $32.00 |
| 5109 | 08/30/2023 | $1,892.20 | $0.00 | $1,892.20 |
| 5667 | 12/31/2023 | $872.00 | $0.00 | $872.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6789 | 09/12/2024 | $375.50 | $0.00 | $375.50 |

| | |
|---|---|
| Outstanding Balance | $3,171.70 |
| Total Amount Outstanding | $3,171.70 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7372
Date: 12/22/2024
Due On: 01/21/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Adrian Nichole Jackson

### 04895-Jackson Adrian Nichole

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | JC | 08/13/2024 | Reviewed Order on previous Application for Compensation; drafted Invoice, Notice, 3rd Application for Compensation, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.30 | $155.00 | $46.50 |
| Service | TR | 08/13/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/14/2024 | Prepared Application for Compensation, Invoice, and proposed Order for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/04/2024 | Review email from TT re: amended wage order | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/13/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor with attached bill from Key 2 Recovery, collecting for University of Arkansas - Grantham and inquiring if she can add to her case; reviewed matrix - not on there; drafted reply informing we can add and requesting approximate date debt was incurred; informed $34 filing fee will be paid through BK; organized bill in case file. | 0.20 | $155.00 | $31.00 |
| Service | JC | 11/13/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor provided date of debt with Key 2 Recovery and clarifying if filing fee will be paid through her BK; drafted reply clarifying same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/19/2024 | Reviewed Key 2 Recovery bill and | 0.30 | $155.00 | $46.50 |

Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | drafted Amended Schedule/Matrix; drafted memo to JAC for her review and approval. | | | |
| Service | JAC | 11/20/2024 | review & respond to email from JC re: adding missing debt | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/20/2024 | Reviewed memo from JAC regarding Amended Schedule/Matrix; reviewed Key 2 Recovery bill for notice party; Internet search to obtain address for Univ of AR Grantham; revised Amended Schedule and matrix to add notice party; drafted e-mail via Clio e-sign to obtain debtor's signature on same. | 0.30 | $155.00 | $46.50 |
| Service | JC | 11/21/2024 | Reviewed Amended Schedules executed by debtor; revised same to add electronic signature and date signed; reviewed Notice of Meeting of Creditors, and Plan; drafted Notice of Amendment to Key 2 and Univ of AK; drafted memo to JAC attached all for her review. | 0.40 | $155.00 | $62.00 |
| Service | JAC | 11/22/2024 | review & approve drafted notice of amended schedules | 0.20 | $360.00 | $72.00 |
| Service | JC | 11/22/2024 | Reviewed memo from JAC regarding Notice of Amendment; revised same; prepared Notice with attached MOC, Plan, and Amended Schedule for upload to creditor via CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/25/2024 | Prepared Amended Schedule F and Amended Matrix for filing with the Court; reviewed Declaration of Mailing Notice with attached Amended Schedule E/F, 341 Notice, and Plan; prepared for filing with the Court. | 0.30 | $155.00 | $46.50 |
| Service | TR | 12/12/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/22/2024 | Reviewed 1st, 2nd, and 3rd Applications, Orders, and Invoices filed in case; entered information into Lodestar Analysis spreadsheet. | 0.30 | $155.00 | $46.50 |
| Service | JC | 12/22/2024 | Reviewed itemizations in case and created a summary. | 0.30 | $155.00 | $46.50 |
| **Non-billable services** | | | | | | |
| Service | JC | 08/14/2024 | Reviewed memo from TR regarding Application for Compensation, Invoice, and proposed Order; converted to pdf format and separated to appropriate documents to prepare for upload to debtor via CertificateofService.com. | ~~0.20~~ | ~~$155.00~~ | ~~$31.00~~ |

| Service | TR | 08/15/2024 | Review: 23-01433-JAW Order on Application for Compensation Document# 33 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | TR | 09/04/2024 | Review: 23-01433-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/25/2024 | Review: 23-01433-JAW Docket Entry #37 has been updated Document# 37 | 0.10 | $360.00 | $36.00 |
| | | | | **Services Subtotal** | | **$634.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/14/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| | | | **Expenses Subtotal** | | **$4.19** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.3 | $360.00 | $108.00 |
| | Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| | Jacki Curry | Non-Attorney | 2.7 | $155.00 | $418.50 |
| | | | | **Subtotal** | **$638.69** |
| | | | | **Total** | **$638.69** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5028 | 08/11/2023 | $32.00 | $0.00 | $32.00 |
| 5109 | 08/30/2023 | $1,892.20 | $0.00 | $1,892.20 |
| 5667 | 12/31/2023 | $872.00 | $0.00 | $872.00 |
| 6789 | 09/12/2024 | $375.50 | $0.00 | $375.50 |

### Current Invoice

Invoice # 7372 - 12/22/2024

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7372 | 01/21/2025 | $638.69 | $0.00 | $638.69 |
| | | | Outstanding Balance | $3,810.39 |
| | | | Total Amount Outstanding | $3,810.39 |