**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Adrian Nichole Jackson, Debtor**          **Case No. 23-01433-JAW**
                                                                                    **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Adrian Nichole Jackson**                                                    **06/18/2026**
Adrian Nichole Jackson                                                             Date


**/s/ Thomas C. Rollins, Jr.**                                                          **06/22/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                            Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

On June 22, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ADRIAN NICHOLE JACKSON

CASE NO: 23-01433-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/22/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ADRIAN NICHOLE JACKSON

CASE NO: 23-01433-JAW

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/22/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/22/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-01433-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
MON JUN 22 10-11-33 PST 2026

FLOWERING PEACH BK LLC
PO BOX 1149
GRAPEVINE TX 76099-1149

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON MS 39201-5036

1ST FRANKLIN FINANCIAL CORPORATION
ATTN ADMINISTRATIVE SERVICES
PO BOX 880
TOCCOA GA 30577-0880

ADVANCE AMERICA
1256 JERRY CLOWER BLVD
YAZOO CITY MS 39194-3077

BAPTIST
PO BOX 745336
ATLANTA GA 30384-5336

CELTIC BANK CO
PO BOX 4488
BEAVERTON OR 97076-4402

CONTINENTAL SERVICE GR
200 CROSS KEYS OFFICE
FAIRPORT NY 14450-3510

CREDIT ONE
PO BOX 98872
LAS VEGAS NV 89193-8872

EXCLUDE

FIRST FRANKLIN
ATTN BANKRUPTCY
317 HIGHWAY 80 EAST
CLINTON MS 39056-4717

FIRST PREMIER BANK
ATTN BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117-5524

(D)FLOWERING PEACH BK LLC
PO BOX 1149
GRAPEVINE TX 76099-1149

KEY 2 RECOVERY
201 N BROOKWOOD AVE
HAMILTON OH 45013-1306

LVNV
120 CORPORATE BLVD
STE 100
NORFOLK VA 23502-4952

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

(P)LENDINGPOINT
1201 ROBERTS BLVD
SUITE 200
KENNESAW GA 30144-3612

MAGNOLIA FCU
ATTN BANKRUPTCY
240 BRIARWOOD DRIVE
JACKSON MS 39206-3027

MARINER FINANCE
ATTN BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236-5904

MARINER FINANCE LLC
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236-5904

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

NAVY FCU
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIED VA 22119-3000

PREMIER BANK
PO BOX 5529
SIOUX FALLS SD 57117-5529

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)QCHI
PO BOX 14948
LENEXA KS 66285-4948

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND WA 98083-0788

RESURGENT CAPITAL
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

(P)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

~~EXCLUDE~~

~~(D)(P)SPRING OAKS CAPITAL  LLC~~
~~1400 CROSSWAYS BLVD STE 100B~~
~~CHESAPEAKE VA 23320-0207~~

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

TRUSTMARK NATIONAL BANK
BRAND HENLEY
PO BOX 389
JACKSON  MS 39205-0389

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

UNIV OF AR GRANTHAM
ATTN ADMISSIONS
2404 N UNIVERSITY AVE
LITTLE ROCK  AR 72207-3608

WORLD FINANCE
PO BOX 6429
GREENVILLE  SC 29606-6429

DEBTOR

~~EXCLUDE~~

WORLD FINANCE COMPANY OF MISSISSIPPI  LLC
WORLD ACCEPTANCE CORP ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE  SC 29606-6429

ADRIAN NICHOLE JACKSON
2440 E CLUBVIEW CIRC
YAZOO CITY  MS 39194-2041

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~

~~EXCLUDE~~

~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT~~
~~200 NORTH CONGRESS STREET  STE 400~~
~~JACKSON  MS 39201-1902~~