Certificate Number: 17572-MSS-DE-041144901

Bankruptcy Case Number: 23-01433



17572-MSS-DE-041144901

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 28, 2026</u>, at <u>1:51</u> o'clock <u>PM PDT</u>, <u>Adrian N Jackson</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>June 28, 2026</u>          By:      <u>/s/Leigh-Anna M Thompson</u>

Name:   <u>Leigh-Anna M Thompson</u>

Title:   <u>Counselor</u>