United States Bankruptcy Court

Southern District of Mississippi

In re:

Adrian Nichole Jackson

    Debtor

Case No. 23-01433-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2026 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adrian Nichole Jackson, 2440 E Clubview Circ, Yazoo City, MS 39194-2041 |
| 5246037 | | Baptist, P.O. Box 745336, Atlanta, GA 30384-5336 |
| 5246041 | + | First Franklin, Attn: Bankruptcy, 317 Highway 80 East, Clinton, MS 39056-4717 |
| 5246045 | + | LVNV, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 5249091 | + | Trustmark National Bank, Brand Henley, P.O. Box 389, Jackson, MS 39205-0389 |
| 5445551 | + | Univ of AR Grantham, Attn: Admissions, 2404 N. University Ave., Little Rock, AR 72207-3608 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5248294 | + | Email/Text: bankruptcy@1ffc.com | Jul 17 2026 19:48:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa Ga 30577-0880 |
| 5246036 | + | Email/Text: bnc@teampurpose.com | Jul 17 2026 19:47:00 | Advance America, 1256 Jerry Clower Blvd, Yazoo City, MS 39194-3077 |
| 5246038 | + | EDI: PHINGENESIS | Jul 17 2026 23:45:00 | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 5246039 | + | Email/Text: IBNK@conserve-arm.com | Jul 17 2026 19:47:00 | Continental Service Gr, 200 Cross Keys Office, Fairport, NY 14450-3510 |
| 5246040 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 17 2026 19:48:28 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5246042 | + | EDI: AMINFOFP.COM | Jul 17 2026 23:45:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5547155 | + | Email/Text: peritus@ebn.phinsolutions.com | Jul 17 2026 19:48:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 5445550 | + | Email/Text: documentprocessing@key2recovery.com | Jul 17 2026 19:47:00 | Key 2 Recovery, 201 N. Brookwood Ave., Hamilton, OH 45013-1306 |
| 5246043 | | Email/Text: Bkynotices@lendingpoint.com | Jul 17 2026 19:47:00 | Lending Point LLC, 1201 Roberts Blvd, B200, Kennesaw, GA 30144 |
| 5247792 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2026 19:48:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5246048 | | Email/Text: EBN@Mohela.com | Jul 17 2026 19:47:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5246046 | + | Email/Text: bankruptcy@magfedcu.org | Jul 17 2026 19:48:00 | Magnolia FCU, Attn: Bankruptcy, 240 Briarwood Drive, Jackson, MS 39206-3027 |
| 5246047 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 17 2026 19:47:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5268149 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 17 2026 19:47:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

District/off: 0538-3       User: mssbad       Page 2 of 3

Date Rcvd: Jul 17, 2026       Form ID: 3180W       Total Noticed: 31

| | | | | |
|---|---|---|---|---|
| 5246049 | + | EDI: NFCU.COM | Jul 17 2026 23:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 5246050 | + | EDI: AMINFOFP.COM | Jul 17 2026 23:45:00 | Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 5272757 | + | EDI: JEFFERSONCAP.COM | Jul 17 2026 23:45:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5246044 | | Email/Text: bankruptcy@qcholdings.com | Jul 17 2026 19:47:00 | QC Financial Services Inc., dba Loan Master, PO BOX 14948, Lenexa, KS 66285 |
| 5264080 | | EDI: Q3G.COM | Jul 17 2026 23:45:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5246051 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2026 19:48:14 | Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5246052 | | Email/Text: bankruptcy@springoakscapital.com | Jul 17 2026 19:47:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5269176 | | Email/Text: bankruptcy@springoakscapital.com | Jul 17 2026 19:47:00 | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA. 23327-1216 |
| 5246053 | | Email/Text: bankruptcynotices@trustmark.com | Jul 17 2026 19:47:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5246054 | + | Email/Text: bk@worldacceptance.com | Jul 17 2026 19:47:00 | World Finance, Po Box 6429, Greenville, SC 29606-6429 |
| 5253801 | + | Email/Text: bk@worldacceptance.com | Jul 17 2026 19:47:00 | World Finance Company of Mississippi, LLC, World Acceptance Corp. Attn: Bankruptcy, P.O. Box 6429, Greenville, SC 29606-6429 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

**Name**       **Email Address**

District/off: 0538-3        User: mssbad        Page 3 of 3

Date Rcvd: Jul 17, 2026        Form ID: 3180W        Total Noticed: 31

Semoune L Ellis

on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr

on behalf of Debtor Adrian Nichole Jackson trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Adrian Nichole Jackson** | Social Security number or ITIN   **xxx–xx–7816** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **23–01433–JAW**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Adrian Nichole Jackson**
aka Adrian N Jackson

Dated: 7/17/26

**By the court:**   /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2